# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-2211

_____

Felicia Dionne Taylor, Ph. D.

*Plaintiff - Appellant*

v.

University of Central Arkansas

*Defendant - Appellee*

Allen C. Meadors, PhD, in his official and individual capacities as President of the University of Central Arkansas; Lance R. Grahn, PhD, in his official and individual capacities as Provost of the University of Central Arkansas; Thomas Courtway, J.D., in his official and individual capacities as General Counsel and Interim President of the University of Central Arkansas; Luther Hardin, J.D., in his official and individual capacities as Past President of the University of Central Arkansas; A. Gabriel Esteban, PhD, in his official and individual capacities as Past Provost of the University of Central Arkansas; Neil Hattlestad, Ed.D., in his official and individual capacities as Dean, College of Health and Behavioral Sciences, of the University of Central Arkansas

*Defendant*s

Emogene F. Fox, Ed.D., in her official and individual capacities as Chairperson, Department of Health Sciences, College of Health and Behavioral Sciences, of the University of Central Arkansas; Jane Lammers Elphinstone, Ed.D., in her official & individual capacities, former faculty member, Dept. of Health Sciences, Chair, Dept. of Health Sciences, Chair, Dept. of Health Sciences Tenure Review Committee, member of College of Health & Behavioral Sciences Tenure Review Committee, College of Health; Marc Willey, Ph.D., in his official and individual capacities as a faculty member, member of the Tenure Review Committee, College of Health and Behavioral Sciences, of the University of Central Arkansas;

Katherine Larson, Ph.D., in her official and individual capacities as a faculty member, member of the Faculty Grievance Panel, of the University of Central Arkansas

*Defendants - Appellees*

John Parrack, Ph.D., in his official and individual capacities as a faculty member, member of the Faculty Grievance Panel, President of the Faculty Senate, of the University of Central Arkansas; Linda Musselman, Ph.D., in her official and individual capacities as a faculty member and chairperson of the Department of Occupational Therapy, College of Health and Behavioral Science, of the University of Central Arkansas

*Defendant*s

Lynn Burley, Ph.D., in her official and individual capacities as a faculty member, member of the faculty Senate, and President - Elect of the Faculty Senate, of the University of Central Arkansas; Jayme Misap Stone, Ph.D., candidate, in her official and individual capacities as a faculty member, Director Learning Communities, of the University of Central Arkansas

*Defendants - Appellees*

University of Central Arkansas Board of Trustees

*Defendant*

Harold Chakals, MD, in his official and individual capacities as the Chairperson and as a member of the Board of Trustees of the University of Central Arkansas; Victor Green, in his official and individual capacities as a member of the Board of Trustees of the University of Central Arkansas; Rush Harding, III, in his official and individual capacities as a member of the Board of Trustees of the University of Central Arkansas; Kay Hinkle, in her official and individual capacities as a member of the Board of Trustees of the University of Central Arkansas; Bobby Reynolds, in his official and individual capacities as a member of the Board of Trustees of the University of Central Arkansas

*Defendants - Appellees*

-2-

Scott Roussel, in his official and individual capacities as vice-chairperson, and as a member of the Board of Trustees of the University of Central Arkansas

*Defendant*

Randy Sims, in his official and individual capacities as a member of the Board of Trustees of the University of Central Arkansas; Thomas Rainer, in his official and individual capacities as Auditor, Arkansas Department of Health

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: March 7, 2013
Filed: March 29, 2013
[Unpublished]

_____

Before LOKEN, MELLOY, and BENTON, Circuit Judges.

_____

PER CURIAM.

After Felicia Taylor was denied tenure at the University of Central Arkansas, she brought this civil complaint, alleging that appellees had discriminated and retaliated against her in violation of the United States Constitution, and various federal and state laws. The district court[1] granted appellees' motion for summary judgment, and this appeal followed.

_____

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.

-3-

We have conducted careful de novo review, see Torgerson v. City of Rochester, 643 F.3d 1031, 1042-43 (8th Cir.) (en banc) (standard of review), cert. denied, 132 S. Ct. 513 (2011), and we agree with the district court--for the reasons explained in the court's thorough opinion--that Taylor failed to present any evidence that would allow a jury to find that appellees discriminated or retaliated against her in violation of the Constitution or federal law, or that appellees violated the other federal statutes upon which Taylor relied in bringing suit. See 8th Cir. R. 47B. We also conclude that the district court did not abuse its discretion in denying Taylor's requests for preliminary injunctive relief and default judgment; did not err in denying as moot her motion for "relief"; and did not abuse its discretion in declining to exercise supplemental jurisdiction over Taylor's state-law claims, although we clarify that the dismissal of those claims is without prejudice, see Franklin v. Zain, 152 F.3d 783, 786 (8th Cir. 1998).

The judgment of the district court is affirmed.
_____